**Davis BELL v. STATE.**

No. 16479.

Court of Criminal Appeals of Texas.
Jan. 31, 1934.

Oliver W. Johnson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

1113

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for three years.

The indictment appears regular.

Appellant entered a plea of guilty and sought a suspended sentence, which was denied by the jury.

Nothing in the record is perceived which would authorize or require a reversal of the judgment. It is therefore affirmed.